1  McCARTHY, JOHNSON & MILLER
    LAW CORPORATION
2  LORI A. NORD, ESQ., #87993
    ANA PEREZ HALLMON, ESQ. #253309
3  595 Market Street, Suite 2200
    San Francisco, CA  94105
4  Telephone:  (415) 882-2992
    Facsimile:   (415) 882-2999
5  E-mail: lnord@mjmlaw.us
    E-mail: ahallmon@mjmlaw.us
6
    Attorneys for Plaintiffs
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                         SACRAMENTO DIVISION

11

| | |
|---|---|
| BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; AND BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY TYRRELL, individually and d/b/a TYRRELL PLUMBING AND MECHANICAL, <br><br> Defendant. | No.  2:11-cv-02421-LKK-EFB <br><br> **ADMINISTRATIVE CLOSURE** |

On November 4, 2011, Plaintiffs filed a settlement agreement and stipulation for entry of judgment (Docket Number 4). The stipulation calls for the entry of judgment only if Defendant defaults in making installment payments. Therefore, Plaintiffs requested that this case be administratively closed. As there appears to be no reason at this time to maintain the file as an open case, the Court finds an administrative closure appropriate and instructs the Clerk of the

1 Court to close this case for statistical purposes.  Nothing contained in this Order shall be
2 considered a dismissal or disposition of this action and, should further proceedings in this
3 litigation become necessary, any party may initiate it in the same manner as if this Order had not
4 been entered.

5      **IT IS SO ORDERED.**

6      **IT IS FURTHER ORDERED** that the Status Conference scheduled for November 21,
7 2011 at 1:30 p.m. be taken off calendar.

10 Dated: November 18, 2011.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```