McCARTHY, JOHNSON & MILLER
   LAW CORPORATION
LORI A. NORD, ESQ., #87993
ANA PEREZ HALLMON, ESQ. #253309
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:   (415) 882-2999
E-mail: lnord@mjmlaw.us
E-mail: ahallmon@mjmlaw.us

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; AND BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>TIMOTHY TYRRELL, individually and d/b/a TYRRELL PLUMBING AND MECHANICAL,<br><br>    Defendant. | No.  2:11-cv-02421-LKK-EFB<br><br>**ADMINISTRATIVE CLOSURE** |

On November 4, 2011, Plaintiffs filed a settlement agreement and stipulation for entry of judgment (Docket Number 4).  The stipulation calls for the entry of judgment only if Defendant defaults in making installment payments.  Therefore, Plaintiffs requested that this case be administratively closed.  As there appears to be no reason at this time to maintain the file as an open case, the Court finds an administrative closure appropriate and instructs the Clerk of the

1  Court to close this case for statistical purposes. Nothing contained in this Order shall be
2  considered a dismissal or disposition of this action and, should further proceedings in this
3  litigation become necessary, any party may initiate it in the same manner as if this Order had not
4  been entered.
5       **IT IS SO ORDERED.**
6       **IT IS FURTHER ORDERED** that the Status Conference scheduled for November 21,
7  2011 at 1:30 p.m. be taken off calendar.

10  Dated: November 18, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT