```
McCARTHY, JOHNSON & MILLER
     LAW CORPORATION
LORI A. NORD, ESQ., #87993
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:  (415) 882-2999
e-mail:     lnord@mjmlaw.us

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; AND BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 LABOR MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>        Plaintiffs,<br><br>  v.<br><br>TIMOTHY TYRRELL, individually and d/b/a TYRRELL PLUMBING AND MECHANICAL,<br><br>        Defendant. | No. 2:11-CV-02421-LKK-EFB<br><br>**NOTICE AND ORDER RE DISMISSAL** |

PLAINTIFFS HEREBY request that the above-entitled action be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Accordingly, the action is dismissed without prejudice.

Dated: November 9, 2012                         McCARTHY, JOHNSON & MILLER
                                                    LAW CORPORATION


                                                By: /s/ Lori A. Nord
                                                    LORI A. NORD
                                                    Attorneys for Plaintiffs

1  SO ORDERED:

3  Dated: November 13, 2012.

```
                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```